BENJAMIN B. WAGNER
United States Attorney
JILL THOMAS
Assistant U.S. Attorney
RACHANA N. SHAH
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2800

FILED
JUL 12 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JASVIR SINGH, Defendant. | 2: 11 MJ 00200 KJN<br>VIOLATIONS: 18 U.S.C. § 13 and C.V.C. § 14601.1(a) - Driving When Privilege Suspended and Revoked for Failure to Appear; and 18 U.S.C. § 13 and C.V.C. § 12500(a)- Driving Without a Valid License |

I N F O R M A T I O N

COUNT ONE: [18 U.S.C § 13 and C.V.C 14601.1(a) - Driving When Privilege Suspended and Revoked for Failure to Appear]

The United States Attorney charges: T H A T

JASVIR SINGH,

defendant herein, on or about March 28, 2011, at the Sharpe Defense Depot, County of San Joaquin, State and Eastern District of California, within the special maritime and territorial jurisdiction of the United States, did unlawfully drive a motor vehicle when such privilege was suspended and revoked for failure to appear, in violation of Title 18, United States Code, Section 13 and California Vehicle Code, Section 14601.1(a), a misdemeanor.

COUNT TWO: [18 U.S.C. § 13 and C.V.C. § 12500(a) - Driving Without a Valid License]

The United States Attorney further charges: T H A T

JASVIR SINGH,

defendant herein, on or about March 28, 2011, at Sharpe Defense Depot, County of San Joaquin, State and Eastern District of California, within the special maritime and territorial jurisdiction of the United States, did unlawfully drive a motor vehicle without a valid license, in violation of Title 18, United States Code, Section 13 and California Vehicle Code, Section 12500(a), a misdemeanor.

DATED: June 13, 2011

BENJAMIN B. WAGNER
United States Attorney

By: Rachana N. Shah
RACHANA N. SHAH
Special Assistant U.S. Attorney

**Penalty Slip**

**United States v. Jasvir Singh**

**COUNT ONE:**

| | |
|---|---|
| VIOLATION: | 18 U.S.C. § 13 and Cal. Veh. Code § 14601.1(a) - Driving When Privilege Suspended and Revoked for Failure to Appear |
| PENALTY: | Imprisonment for not more than six (6) months or a fine not less than $300 but not more than $1,000, or both. |
| SPECIAL ASSESSMENT: | $10 |

**COUNT TWO:**

| | |
|---|---|
| VIOLATION: | 18 U.S.C. § 13 and C.V.C. § 12500(a) - Driving Without A Valid License. |
| PENALTY: | Imprisonment for not more than 6 months or a fine of not more than $1,000, or both. |
| SPECIAL ASSESSMENT: | $10 |