1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
3   Designated Counsel for Service
    DAVID J. GALLEGOS
4   Certified Student Attorney
    801 I Street, 3rd Floor
5   Sacramento, California 95814
    Telephone: (916) 498-5700
6

7
    Attorney for Defendant
8   JASVIR SINGH

9

10                  IN THE UNITED STATES DISTRICT COURT

11                FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14
    UNITED STATES OF AMERICA,        )  No. 2:11-MJ-00200-KJN
15                                   )
                     Plaintiff,      )
16                                   )  STIPULATION TO CONTINUE AND
         v.                          )  EXCLUDE TIME
17                                   )
    JASVIR SINGH,                    )
18                                   )  Date:  November 7, 2011
                     Defendant.      )  Time:  9:00 a.m.
19                                   )  Judge: Hon. Kendall J. Newman
    _____ )
20

21

22        IT IS HEREBY STIPULATED between the parties through their

23   respective counsel, David Stevens, Special Assistant United States

24   Attorney, and Linda C. Harter, Chief Assistant Federal Defender,

25   attorney for JASVIR SINGH, and Certified Student Attorney, David J.

26   Gallegos, that the Court vacate the Court Trial on October 17, 2011 at

27   9:00 a.m. and set the Court Trial for November 7, 2011 at 9:00 a.m.

28

1    This continuance is requested because the parties are in the

2 process of plea negotiation.  The parties need more time to reach a

3 plea agreement.  The parties further agree that the time should be

4 excluded from the date of this [Proposed] Order until the Court Trial

5 which is set for November 7, 2011, pursuant to 18 U.S.C. Section §

6 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare). The

7 interests of justice served by granting this continuance outweigh the

8 best interests of the public and the defendant in a speedy trial.  18

9 U.S.C. Section § 3161(h)(7)(A).

10

11 Dated:  October 11, 2011

12                                    DANIEL J. BRODERICK
                                     Federal Defender
13
                                     /s/ Linda C. Harter
14                                   LINDA C. HARTER
                                     Chief Assistant Federal Defender
15                                   Attorney for Defendant
                                     JASVIR SINGH
16
                                     /s/ David J. Gallegos
17                                   DAVID J. GALLEGOS
                                     Certified Student Attorney
18
   Dated:  October 11, 2011         BENJAMIN B. WAGNER
19                                   United States Attorney

20                                   /s/ David Stevens
                                     DAVID STEVENS
21                                   Special Assistant U.S. Attorney

22                                        **ORDER**

23 IT IS SO ORDERED.

24 Dated: October 12, 2011

25

26

27

28 KENDALL J. NEWMAN
   UNITED STATES MAGISTRATE JUDGE

                                    -2-