1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   DAVID J. GALLEGOS
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorney for Defendant
8  JASVIR SINGH

9

10
                    IN THE UNITED STATES DISTRICT COURT
11
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
   UNITED STATES OF AMERICA,       ) No. 2:11-MJ-00200-KJN
15                                 )
                  Plaintiff,       )
16                                 ) STIPULATION TO CHANGE PLEA
        v.                         )
17                                 )
   JASVIR SINGH,                   ) Date:  November 9, 2011
18                                 ) Time:  9:00 a.m.
                  Defendant.       ) Judge: Hon. Kendall J. Newman
19                                 )
   _____ )
20

21      IT IS HEREBY STIPULATED between the parties through their

22 respective counsel, David Stevens, Special Assistant United States

23 Attorney, and Linda C. Harter, Chief Assistant Federal Defender,

24 attorney for JASVIR SINGH, and Certified Student Attorney, David J.

25 Gallegos, that the Court vacate the court trial on November 7, 2011 at

26 9:00 a.m. and set a change of plea hearing for November 9, 2011 at 9:00

27 a.m.

28

1  Dated: November 7, 2011
2                                          DANIEL J. BRODERICK
                                           Federal Defender
3                                          /s/ Linda C. Harter
                                           LINDA C. HARTER
4                                          Chief Assistant Federal Defender
                                           Attorney for Defendant
5                                          JASVIR SINGH

6                                          /s/ David J. Gallegos
                                           DAVID J. GALLEGOS
7                                          Certified Student Attorney

8  Dated: November 7, 2011                 BENJAMIN B. WAGNER
                                           United States Attorney
9
                                           /s/ David Stevens
10                                         DAVID STEVENS
                                           Special Assistant U.S. Attorney
11

12
                                 **ORDER**
13
   IT IS SO ORDERED.
14
   Dated: October 25, 2011
15

16

17

18                                         _____
                                           KENDALL J. NEWMAN
19                                         UNITED STATES MAGISTRATE JUDGE

20

Stip to Change Plea                  -2-