1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   DAVID J. GALLEGOS
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorney for Defendant
8  JASVIR SINGH

9

10
                    IN THE UNITED STATES DISTRICT COURT
11
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
   UNITED STATES OF AMERICA,    )  No. 2:11-MJ-00200-KJN
15                              )
                 Plaintiff,     )
16                              )  STIPULATION TO CONTINUE AND
        v.                      )  EXCLUDE TIME
17                              )
   JASVIR SINGH,                )
18                              )  Date:  November 30, 2011
                 Defendant.     )  Time:  9:00 a.m.
19                              )  Judge: Hon. Kendall J. Newman
   _____)
20

21

22      IT IS HEREBY STIPULATED between the parties through their

23  respective counsel, David Stevens, Special Assistant United States

24  Attorney, and Linda C. Harter, Chief Assistant Federal Defender,

25  attorney for JASVIR SINGH, and Certified Student Attorney, David J.

26  Gallegos, that the Court vacate the Change of Plea Hearing on November

27  9, 2011 at 9:00 a.m. and set the Change of Plea Hearing for November

28  30, 2011 at 9:00 a.m.

1  This continuance is requested because Mr. Singh is unavailable for
2  the November 9, 2011 Change of Plea Hearing due to his occupation. Mr.
3  Singh works as a truck driver and will not return from Pennsylvania in
4  time for the hearing. The parties further agree that the time should be
5  excluded from the date of this [Proposed] Order until the Change of
6  Plea Hearing which is set for November 30, 2011, pursuant to 18 U.S.C.
7  Section § 3161(h)(3)(A) and Local Code T4 (reasonable time to prepare).
8  The interests of justice served by granting this continuance outweigh
9  the best interests of the public and the defendant in a speedy trial.
10 18 U.S.C. Section § 3161(h)(7)(A).

Dated:  November 7, 2011                Respectfully submitted

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Linda C. Harter
                                        LINDA C. HARTER
                                        Chief Assistant Federal Defender
                                        Attorney for Defendant
                                        JASVIR SINGH

                                        /s/ David J. Gallegos
                                        DAVID J. GALLEGOS
                                        Certified Student Attorney

Dated:  November 7, 2011                BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ David Stevens
                                        DAVID STEVENS
                                        Special Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: November 8, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

-2-